UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:12-cr-212-T-17EAJ

JEAN GORDY GEDEON

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE is before the Court on the United States' Motion for a Final Judgment of Forfeiture for $1,100.00 in U.S. currency, pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2).

Being fully advised in the premises, the Court finds that on August 23, 2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United States all right, title, and interest of the defendant in the currency. Doc. 22.

The Court further finds that In accordance with 21 U.S.C. § 853(n)[1] and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the currency on the official government website, www.forfeiture.gov, from August 24, 2012 through September 22, 2012. Doc. 25. The publication gave notice to all third parties with a legal interest in the currency to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 60 days of the first date of publication.

---

[1] As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21 U.S.C. § 853 govern this forfeiture.

The Court further finds that no person or entity, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the currency. No third party has filed a petition or claimed an interest in the currency, and the time for filing a petition has expired. Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the currency is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the identified currency is now vested in the United States of America.

DONE and ORDERED in Chambers in Tampa, Florida, this 29th day of October, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: Anita M. Cream, AUSA